IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:09cr9HTW-JCS

JIMMY CHARLES SULLIVAN, JR.

## ORDER OF DISMISSAL

Pursuant to the request of the victim, Damalas Bouldin, the Government hereby withdraws its request for restitution from the Defendant, Jimmy Charles Sullivan, Jr. in the above styled cause and hereby moves the Court for a dismissal of the restitution claim deferred for ninety (90) days from sentencing. (See Exhibit A)

        STAN HARRIS
        United States Attorney

By: /s/Glenda R. Haynes
     GLENDA R. HAYNES
     Assistant U.S. Attorney

ORDERED this 28th day of September, 2009.

_____
CHIEF UNITED STATES DISTRICT JUDGE