IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:09cr9HTW-JCS

JIMMY CHARLES SULLIVAN, JR.

## ORDER OF DISMISSAL

Pursuant to the request of the victim, Damalas Bouldin, the Government hereby withdraws its request for restitution from the Defendant, Jimmy Charles Sullivan, Jr. in the above styled cause and hereby moves the Court for a dismissal of the restitution claim deferred for ninety (90) days from sentencing. (See Exhibit A)

STAN HARRIS
United States Attorney

By: /s/Glenda R. Haynes
GLENDA R. HAYNES
Assistant U.S. Attorney

ORDERED this 28th day of September, 2009.

_____
CHIEF UNITED STATES DISTRICT JUDGE

## Chambers, Ada (USAMSS)

**From:** Haynes, Glenda (USAMSS)
**Sent:** Wednesday, September 23, 2009 2:54 PM
**To:** Chambers, Ada (USAMSS)
**Subject:** FW: U. S. v. Jimmy Sullivan, 3:09CR9

---

**From:** Carlton Reeves [mailto:creeves@prjlawyers.com]
**Sent:** Tuesday, September 22, 2009 9:16 PM
**To:** Haynes, Glenda (USAMSS)
**Cc:** Debbie Upton
**Subject:** U. S. v. Jimmy Sullivan, 3:09CR9

Glenda, this follows my telephone conference with you on Friday, September 18. After careful deliberation and consultation with my client, Damalas Bouldin, the victim, we are hereby withdrawing our request that the government seek restitution from Defendant Jimmy Charles Sullivan as a part of his criminal sentence. We believe Mr. Bouldin's interests having his medical bills paid will be served via his civil lawsuit which is pending against Sullivan and the City of Mendenhall.

If there is something more which we must do so that the government can direct its resources to other matters, please advise. We thank you and of the other government officials who aggressively pursued justice in this cause.

Sincerely yours,

Carlton W. Reeves
**Pigott Reeves Johnson**
A Professional Association of Lawyers
775 North Congress
Jackson, MS 39202
Phone: (601) 354-2121
Fax: (601) 354-7854
creeves@prjlawyers.com



GOVERNMENT EXHIBIT A

1